IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.           : CIVIL NO: C-1-00-035
                : MAGISTRATE JUDGE HOGAN

**MICHAEL C. OLSON,**

      **Defendant.**

**PLAINTIFF'S REQUEST TO QUASH
ORDER FOR JUDGMENT DEBTOR EXAMINATION**

    Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on January 4, 2005 in the above captioned case. Defendant has paid the debt in full. Therefore, it is respectfully requested that the January 4, 2005 Order for Judgment Debtor Examination against Michael C. Olson be quashed.

                                Respectfully submitted,

                                GREGORY G. LOCKHART
                                United States Attorney

                                s/ Deborah F. Sanders
                                DEBORAH F. SANDERS   (0043575)
                                Assistant United States Attorney
                                303 Marconi Blvd., Suite 200
                                Columbus, Ohio 43215
                                614-469-5715

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was mailed this ___15th_____ day of _____March_____ 2005, to Defendant, Michael C. Olson, 68 Huntington Ct., Hamilton, OH 45013 by first class, postage paid mail.

                                   s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney