IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.  :  CIVIL NO: C-1-00-035
     :  MAGISTRATE JUDGE HOGAN

MICHAEL C. OLSON,

        Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Defendant has paid the debt in full,

**IT IS HEREBY ORDERED** that the January 4, 2005 Order for Judgement Debtor Examination be quashed.

Date: 3/16/05

_____
UNITED STATES MAGISTRATE JUDGE